MARGARET F. HAYES, Appellant, and WILLIAM B. HAYES, Plaintiff, v. 255–79TH REALTY CORPORATION, Respondent.— Action for damages for personal injuries in connection with the claimed breaking of a porcelain portion of a shower bath handle. Judgment modified by striking out the provision that the appellant's complaint be dismissed on the merits and inserting in place thereof a provision that the action is discontinued, with costs, and, as thus modified, the judgment is unanimously affirmed, with costs to the appellant. The record clearly establishes that the plaintiff made a timely motion to discontinue the action before she had " rested " and before the issues of fact had been submitted to the trier of the fact. The general rule applied, therefore, that the plaintiff was entitled to a discontinuance upon appropriate terms since the situation did not come within any exception to the general rule as a consequence of the defendant being entitled to affirmative relief because of a counterclaim or the like. (*Schintzuis* v. *Lackawanna Steel Co.*, 224 N. Y. 226, 230; *Piedmont Hotel Co.* v. *Nettleton Co.*, 241 App. Div. 562, 563.) Appeal from order dated May 3, 1938, dismissed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [See *post*, p. 1048.]

S. A. HEALY COMPANY, Appellant, v. TOWN OF GREENBURGH, WILLIAM C. DUELL, Supervisor of the Town of Greenburgh, CARL C. PARSONS and Others, Constituting the Members of the Town Board of the Town of Greenburgh, and C. ALISON SCULLY, Respondents.— Action to declare unconstitutional and to restrain the enforcement of the town ordinance which prohibits blasting operations between seven P. M. and eight A. M. and provides a penalty for violation. Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

JACOB W. HIRSCHFELD, Respondent, v. JAMAICA SAVINGS BANK, Appellant.— In an action for broker's commissions, both plaintiff and defendant moved for judgment on the pleadings pursuant to rule 112 of the Rules of Civil Practice. The defendant's motion to dismiss the amended complaint was denied and the plaintiff's motion to strike out the answer as insufficient in law was granted. Defendant appeals from the order denying its motion to dismiss the amended complaint and granting plaintiff's motion to strike out the defendant's answer, and from the judgment in favor of the plaintiff entered pursuant to such order. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. (*Amies* v. *Wesnofske*, 255 N. Y. 156, 164; *Haber* v. *Goldberg*, 92 N. J. L. 367; 105 A. 874; *Dermody* v. *New Jersey Realties, Inc.*, 101 N. J. L. 334; 128 A. 265.) Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ALBINA HOUSER and BERTHA SMOL, on Behalf of Themselves and All Others Similarly Situated, and JOHN HOLOUBEK, Respondents, v. BOHEMIAN CITIZENS BENEVOLENT SOCIETY OF ASTORIA, L. I., N. Y., VACLAV PRANCL and Others, as the Board of Directors of the Bohemian Citizens Benevolent Society of Astoria, L. I., N. Y., Appellants.— In an action for an injunction and a declaratory judgment, order granting plaintiffs' motion to examine defendants before trial affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.